UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                    Case No. 17-cr-20366

v.

                                                    HON. MARK A. GOLDSMITH

SOLOMON ISRAEL,

       Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ADJOURNMENT OF TRIAL DATE (Dkt. 24)**

       This matter is before the Court on the Government's motion for an adjournment of the trial date (Dkt. 24), which is currently scheduled for July 31, 2017. The Government is requesting an adjournment of approximately ninety days. Defendant Solomon Israel filed a response to the motion (Dkt. 25), and a hearing was held on July 18, 2017. For the reasons stated below, the Court grants the motion.

       On May 31, 2017, a three-count federal indictment was filed against Israel (Dkt. 10), charging him with one count of mail fraud, in violation of 18 U.S.C. § 1341; one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1); and one count of possession of a stolen motor vehicle, in violation of 18 U.S.C. § 2313. Those charges stem from Israel's alleged theft of Victim J.M's identity to purchase and unlawfully possess a 2016 Chevrolet Express Van. Israel was arraigned on those charges on June 1, 2017.

       Israel filed a motion for bond on June 18, 2017 (Dkt. 15), for which a hearing was held on July 6, 2017. A decision on the motion has yet to issue. On the same day as the hearing, the grand jury returned a first superseding indictment against Israel (Dkt. 21), adding fifteen

additional charges to this case. Israel was arraigned on the first superseding indictment on July 7, 2017.

In its motion, the Government argues that Israel's pending motion for bond has tolled the speedy trial clock in this case. Pl. Mot. at 4-5. The Government also contends that the new charges in the first superseding indictment carry a new speedy trial clock. Id. at 5-7. According to the Government, the ends of justice would not be served by a separate trial that would be rushed and duplicative on the original charges in this case. Id. at 7-9. Therefore, the Government requests that all of the counts charged in the first superseding indictment be tried together. Id. Because a trial on all eighteen counts of the first superseding indictment would require extensive preparation, as each count involves allegations of fraud, the Government further requests an adjournment of the current trial date for approximately ninety days. Id.

For the reasons stated in the Government's motion, the Court agrees that the interests of justice are best served if there is a single trial on all eighteen counts contained in the first superseding indictment. Given the level of complexity involved in the trying these fraud-based charges, and the resulting level of preparation required to try this case, the Court also finds that the interests of justice necessitate an adjournment of the trial date for approximately ninety days.

Therefore, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, and in consideration of the factors listed in §§ 3161(h)(1), (7), the ends of justice are best served by granting the adjournment of the trial date from July 31, 2017 to November 7, 2017. This extension of time shall be excludable in computing the time within which the trial in this matter must commence. See 18 U.S.C. §§ 3161(h)(1)(F), (h)(3)(A). The Court concludes that the ends of justice are served by taking this action and outweigh the interest of the public and the defendant in a speedy

trial, see 18 U.S.C. §§ 3161(h)(8)(A), (B), and that the failure to grant the adjournment would result in a miscarriage of justice.

Accordingly, the new trial date will be set for November 7, 2017. A final pretrial conference will be held on October 24, 2017, at 2:00 p.m. The new motions deadline will be August 28, 2017. If the parties are unable to make any of these dates, they shall promptly notify the Court's Case Manager with proposed dates.

SO ORDERED.

Dated: July 20, 2017          s/Mark A. Goldsmith
       Detroit, Michigan      MARK A. GOLDSMITH
                              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 20, 2017.

                              s/Karri Sandusky
                              Case Manager