UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CRIMINAL NO. 17-20366 |
| Plaintiff, | HON. MARK A. GOLDSMITH |
| v. | |
| D1-SOLOMON ISRAEL, | |
| Defendant. | |
| _____ / | |

## ORDER REVOKING BOND

Government filed an Emergency Motion to Revoke Bond (Dkt. 74) on January 18, 2019. The Court will set a Bond Hearing for Thursday, January 31, 2019 @ 3:00 p.m. before United States District Judge Mark A. Goldsmith. The Defendant's bond will be revoked temporarily until the bond review hearing.

SO ORDERED.

Dated: January 18, 2019  
    Detroit, Michigan

s/Terrence G. Berg  
Terrence G. Berg  
United States District Judge, Presiding  
on behalf of  
Mark A. Goldsmith  
United States District Judge

1